IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERESA TURNER                                              PLAINTIFF

V.                                      CIVIL ACTION NUMBER: 3:4CV497WS

WINN-DIXIE LOUISIANA, INC.                                 DEFENDANT

**ORDER OF DISMISSAL WITH PREJUDICE**

This day this cause came on for hearing on the Motion of defendant Winn-Dixie Louisiana, Inc. for an Order of Dismissal With Prejudice, and the Court having heard and considered the same, finds that all claims of Teresa Turner have been resolved as shown by the Agreed Order of Resolution of the Litigation of Claim of Teresa Turner (Claim No. 4449). The Court therefore finds that the Motion to Dismiss has merit and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims of Teresa Turner be and are hereby dismissed with prejudice.

SO ORDERED, this 26th day of April, 2006.

s/ HENRY T. WINGATE

Chief United States District Judge

Prepared by:

/s/Leland S. Smith
    LELAND S. SMITH
MSB # 7562
Wilkins, Stephens & Tipton, P.A.
P. O. Box 13429
Jackson, MS 39236-3429
Telephone: 601-366-4343
Facsimile: 601-981-7608